UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INEZ HUNTER,

Plaintiff,

v.

TARGET, INC. and
SHERRY MARSH,

Defendants.

Civil No. 02-301 (ADM/AJB)

**ORDER**

Plaintiff has filed a complaint alleging that Defendants have violated her rights under various federal employment laws. (Docket No. 1.) Her complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that she is currently employed at two jobs, and that she is earning approximately $2000 per month. The IFP application indicates that Plaintiff has no dependants, and it does not appear that she has any other unusual debts or financial responsibilities.

Based on the information provided in Plaintiff's IFP application, the Court cannot conclude that she is currently indigent. Because Plaintiff has not adequately explained why she cannot pay the filing fee and costs of service of process, her IFP application will be DENIED.

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if she chooses to do so, she will be allowed to pursue her claims as a non-IFP litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this

FILED FEB 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Order, the action will be allowed to proceed. If she fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: February 8th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge