**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| INEZ HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>TARGET, INC. and SHERRY MARSH,<br><br>Defendants. | Civ. No. 02-00301 (ADM/AJB)<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS AN EXTENSION TO ANSWER OR OTHERWISE RESPOND** |

The above-referenced parties, Plaintiff Inez Hunter ("Plaintiff") and Defendants Target Stores, Inc. and Sherry Marsh ("Defendants"), by their respective undersigned counsel, hereby stipulate and agree as follows, subject to entry of the Order set forth herein below by the Honorable Arthur J. Boylan, United States Magistrate Judge:

1. By entering into this Stipulation, Defendants do not waive any objections, including, but not limited to, ineffective service of process, that they have or may have with respect to Plaintiff's Complaint.

2. Defendants shall have an extension up to and including July 15, 2002 to answer or otherwise respond to Plaintiff's Complaint; and

3. If Plaintiff files and serves an Amended Complaint upon Defendants before July 15, 2002, Defendants shall have 20 days from the service of the Amended Complaint (counted and calculated consistent with the Federal Rules of Civil Procedure) or until July 15, 2002 to answer or otherwise respond, whichever is later.

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 17th day of June, 2002

CRUTCHFIELD & ROSHA, LLP

By: ______________________
Darrin M. Rosha (#270301)

909 Selby Avenue
St. Paul, Minnesota 55104
(651) 310-0404

**ATTORNEYS FOR PLAINTIFF INEZ HUNTER**

Dated this 18th day of June, 2002

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: ______________________
Becky R. Thorson (#254861)
Ethan Glass (#316490)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR DEFENDANTS TARGET STORES, INC. AND SHERRY MARSH**

**ORDER**

Pursuant to the foregoing Stipulation, Defendants shall have an extension up to and including July 15, 2002 to answer or otherwise respond to Plaintiff's Complaint. If Plaintiff files and serves an Amended Complaint upon Defendants before July 15, 2002, Defendants shall have 20 days from the service of the Complaint or until July 15, 2002 to answer or otherwise respond, which ever is later.

Dated: 6/18, 2002

Arthur J. Boylan
United States Magistrate Judge