UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

INEZ HUNTER,

Plaintiff,

v.

TARGET, INC. and
SHERRY MARSH,

Defendants.

Civil No. 02-301 ADM/AJB

ORDER

---

WHEREAS, the Plaintiff has filed a motion to dismiss Plaintiff's attorney of record Darrin M. Rosha [Docket No. 11], and

WHEREAS, the Plaintiff has filed a motion to proceed propria persona [Docket No. 13],

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to dismiss attorney Darrin M. Rosha [Docket No. 11] is DENIED.

2. Plaintiff's motion to proceed propria persona [Docket No. 13] is DENIED.

IT IS FURTHER ORDERED THAT Plaintiff's attorney of record, Darrin M. Rosha, shall file a motion to withdraw as counsel and contact Judicial Assistant Kathy Thobe at (651) 848-1210 to obtain a hearing date and time for said motion to be heard before the undersigned.

Dated: 8/9/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed AUG 0 9 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______