**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Inez Hunter,

Plaintiff,

v.

Target, Inc. and Sherry Marsh,

Defendants.

Civil No. 02-301 ADM/AJB

**ORDER ON MOTION TO WITHDRAW**

This matter is before the Court on plaintiff attorney's request to be permitted to withdraw as counsel in this matter. Hearing was held on August 29, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Plaintiff's attorney, Darrin Rosha, Esq., appeared on his own behalf and plaintiff appeared personally. Becky R. Thorson, Esq., appeared on behalf of defendant Target, Inc. Defendant Sherry Marsh has not been served the complaint and there was no appearance on her behalf.

Based upon the file in this matter, along with representations of counsel, **IT IS HEREBY ORDERED** that counsel's motion to withdraw is **granted** [Docket No. __]. All pleadings and correspondence from the defendants and the Court shall be directed to plaintiff's address: **Ms. Inez Hunter, 774 Concordia Avenue, Apt. No. 201, St. Paul, MN 44104**.

The Court is advised that defendant Target is moving to dismiss the complaint, and motion documents were personally presented to the plaintiff at the conclusion of the hearing. **IT IS FURTHER ORDERED** that plaintiff shall have until October 10, 2002, in which to prepare and serve a response to the motion to dismiss on defendant Target, Inc. Defendant



SEP 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

thereafter shall promptly obtain a date and time for hearing before the District Court on the motion and shall provide notice of the hearing to plaintiff at the above address. In the event plaintiff obtains counsel prior to hearing on the matter, notice shall be provided to counsel as directed.

Dated: August 30, 2002

Arthur J. Boylan
United States Magistrate Judge