**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

INEZ HUNTER

Civ. No. 02-00301 (ADM/AJB)

Plaintiff,

v.

TARGET, INC.

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to the above-entitled action have fully compromised and settled it. Therefore, Inez Hunter, representing herself, and Target, Inc., through its counsel, stipulate and agree that this action may be and is dismissed on its merits with prejudice, but without costs or attorneys' fees to any party. The parties further stipulate and agree that the United States District Court, District of Minnesota shall retain jurisdiction over any future disputes arising out of this Agreement. Upon the filing of this Stipulation, the parties authorize and direct the Court Administrator to dismiss this action.

DATED: June 22, 2003.

INEZ HUNTER

By: Inez Hunter
Inez Hunter

774 Concordia Avenue
Apt. 201
Saint Paul, MN 55104
Phone: 651-292-8804

PRO SE

DATED: June 24, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: B. Todd Jones
B. Todd Jones
Becky R. Thorson

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: 612-349-8500
Fax: 612-339-4181

ATTORNEYS FOR TARGET, INC.

JUL 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



Word 20048347.1

**ORDER**

This action is hereby dismissed, with prejudice, and without costs or attorneys' fees to any party. The United States District Court, District of Minnesota shall retain jurisdiction over any future disputes arising out of this Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 2nd day of July, 2003.

By: Ann D. Montgomery

Ann D. Montgomery
United States District Court Judge



Word 20048347.1